# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| BERNITA B. WEST, : | |
| : | |
| Claimant, : | Case No.: 5:07-cv-133 (CAR) |
| : | |
| v. : | |
| : | |
| MICHAEL J. ASTRUE, : | |
| Commissioner of Social Security : | |
| : | |
| Respondent : | |

## *ORDER ON THE REPORT AND RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 14] to affirm the Social Security Commissioner's final decision to deny the Claimant social security benefits. Claimant has not entered a timely objection to the Recommendation. Upon review of the Recommendation and consideration of the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**; the final decision of the Commissioner is hereby **AFFIRMED**.

**SO ORDERED**, this 8th day of May, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH